FACTUAL BASIS
United States v. Viola Whalen
Cause No. 1:10-cr-00142-TWP-KPF-1
March 10, 2011

FILED
UNITED STATES DISTRICT COURT
MAR 10 2011
Southern District of Indiana
Indianapolis Division

Viola Whalen is the mother of four children, one being Kennith Stephens II (hereafter referred to as Kenny), who was fathered by Kennith Stephens and is the subject of this prosecution. Kenny's DOB is ▓▓▓▓▓▓▓. Kennith Stephens and Viola Whalen never married. While Viola Whalen was pregnant with Kenny, Kennith Stephens died due to an accidental, but self-inflicted gunshot wound.

Viola Whalen applied for Social Security survivor benefits for Kenny. She was granted survivor benefits and received them for Kenny from approximately September 1990 through September 2008. The checks went to her in the Southern District of Indiana.

In March 2009, Kenny and his aunt, Penny Gauker (a sister of his father) went to the Social Security office to inquire on whether Kenny still qualified for any benefits from his deceased father because he had turned 18. Through the conversation with them, the Social Security office found that Kenny's mother, Viola Whalen, had been receiving benefits since his father's death. Kenny, however, stated that he had not lived with his mother and she had provided no care or financial assistance for him since the time he was a year old. At the age of one, Kenny moved in with his grandmother. In 2001, when his grandmother was moved to a nursing home and subsequently passed away, his two aunts, Penny Gauker and Sondra Cline (both sisters of his father), took over his care until the age of 18. Social Security Administration referred the matter to Marcy Ralston, a criminal investigator.

On June 23, 2009, Agent Ralston interviewed Viola Whalen. Among other statements, Whalen claimed that Kenny lived with her during his whole life until he turned 18. Later in the interview, she stated she would just pay back the money to get everyone off her back.

Between November 2009 and June 2010, several people who knew Whalen were interviewed. Sondra Cline stated that her brother, Kennith Stephens, died when Viola Whalen was pregnant with Kenny. Cline stated that Viola Whalen kept him off and on until he was about 1 year old. After that, Viola Whalen regularly left Kenny with his grandmother. He soon just started living with his grandmother. Cline recalled that sometimes Viola Whalen might pick Kenny up on a Sunday afternoon but then drop him back off in the evening. After he started living with his grandmother, he spent one night with his mother. Cline recalled at one time during Kenny's life, Viola Whalen lived within 5 minutes of him and his grandmother, but she would ever only pick him up for about two hours and drop him back off. Cline reported that she and her sister, Penny Gaulker, went to Kenny's parent-teacher conferences and took him to the doctor.

Penny Gauker, Kenny's other aunt and Sondra's sister, was interviewed. She stated that she lived in the same house as her mother, Kenny's grandmother. Kenny lived at this address from the time he was 1 until his grandmother had to go to a nursing home in 2000. Gauker stated she, her husband, and her two daughters then moved into the house and took care of Kenny from the time he was 10 years old. Gauker stated she took him to his sporting events and attended his parent/teacher conferences. Gauker stated that Kenny did stop over at Randy Sorrell's house (a boyfriend of Viola Whalen during some of this time) sometimes when his mother was there but he never spent the night there. If Kenny's mother gave him money, it was about $15. His school

clothes were purchased by Sondra Cline and his grandmother. Sometimes, Viola Whalen bought him shoes. Kenny's bedroom was at his grandmother's house.

Kenny was interviewed. Kenny stated he lived with his grandmother until 2000 when she had a stroke and had to go to a nursing home. He stated his Aunt Penny moved in and he continued to live there until age 18. Kenny stated that his mother had not given him any of the survivor benefit money. Kenny stated the most he ever saw his mother was a few hours here and there. He spent the night one time with his mother when she took him to a Cincinnati Reds game and they stayed the night in a hotel. Kenny said that shortly before Christmas, 2009, his mother had called his cell phone and requested he stop by her work at Tractor Supply Company. He did stop in and ask what she wanted. She asked what he was doing that night and he told her just get something to eat and hang out with friends in Muncie. She handed him $7 and after he accepted the money she stated, "now I have you on camera taking money from me." Kenny said his mother gave him nothing for Christmas (2009) and he did not see her during the holidays.

On June 7, 2010, Randy Sorrell was interviewed. He was a boyfriend of Viola Whalen from approximately 1997 through 2007 and they lived together at his residence in New Castle during that time. Sorrell stated that only one child (a daughter) of Viola Whalen lived with them. A different son of Viola Whalen (i.e. not Kenny) lived with them for about one month. Sorrell stated that Kenny lived a few streets over at his grandmother's house. Sorrell stated that Kenny came over 1-2 times per week to visit or have dinner but never spent the night and never lived with them at his house. Sorrell stated that Viola Whalen bought Kenny presents at Christmas. Sorrell stated he knew Viola Whalen was receiving a social security check for Kenny and thought it odd because Kenny was not living with them, but he never questioned her about it. Sorrell believed Whalen paid for Kenny's school book rentals and school bills.

Kenny's kindergarten teacher reported that Kenny's Aunt Penny came to all of his parent / teacher conferences and was the person to call with a concern.

Kenny's sixth grade teacher reported that Kenny's Aunt Penny was the only adult that attended parent conferences and any concerns were directed to her.

A retired teacher, Joellen Clarke from Kenny's school (unknown what grade) stated that all, except one, of the meetings at the school were attended by Kenny's grandmother or Aunt Penny. Kenny's mother attended only one parent / teacher conference that she could recall.

The loss is approximately $117,195 for the 17 years of Kenny's life that Viola Whalen did not use the money to care for him.

_____  
Gayle L. Helart  
Assistant United States Attorney

_____  
Viola Whalen  
Defendant

_____  
William E. Marsh  
Attorney for Viola Whalen